PETER STRUMELAK and Another, Respondents, v. THE VILLAGE OF HERKIMER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND GERBER, Appellant.— Motion for enlargement of time for argument of appeal granted and time for argument enlarged to and including the September term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPH W. ELLISON, Respondent, v. ADDISON H. WHITE and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PHILIP ARCARA, Respondent, v. MARIO MORESSE and SALVATORE BARONE, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANTOINETTE ARCARA, Respondent, v. MARIO MORESSE and SALVATORE BARONE, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOSEPHINE ARCARA, Respondent, v. MARIO MORESSE and SALVATORE BARONE, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of JAMES F. MATHEWS, Deceased.— Appeal dismissed unless the appellant shall file and serve the printed papers and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MAE DOTE, Respondent, v. EMERY A. HAMBLIN, Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs on appeal by August fifteenth and pay ten dollars to respondent's attorney. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE ERVIN PRESS CORPORATION, Respondent, v. PAUL L. BRYANT COMPANY, INC., Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs on appeal by September first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANNA MAKAR, by SOPHIA RYBKA, Her Guardian ad Litem, Respondent, v. WILLIAM MAHONEY and CHRIS SULTHIN, Doing Business under the Firm Name and Style of STEEL CITY CAB COMPANY, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PEMBROKE R. GRAY, Respondent, v. ELLSWORTH WILSON HALL, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MORRIS C. KNIGHT, Plaintiff, v. ROGERS AIR LINES, INC., Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.